## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH BENNETT** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **UNION PACIFIC RAILROAD COMPANY** | * | **MAGISTRATE JUDGE:** |

*******************************************

## COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

NOW COMES Plaintiff, Joseph Bennett, a person of the legal age of majority, domiciled in the Parish of Rapides, La, complaining of Defendant, Union Pacific Railroad Company ["Union Pacific"], and for cause of action would respectfully show this Court the following:

**1.**

This Honorable Court possesses federal question jurisdiction with regard to Plaintiff's claims against his railroad employer, Defendant, Union Pacific, by virtue of 28 U.S.C. § 1331. Plaintiff's claims versus Union Pacific arise under the provisions of the Federal Employer's Liability Act ["FELA"], 45 U.S.C. § 51, et seq.

**2.**

Venue is proper in the Middle District of Louisiana pursuant to 28 U.S.C. § 1391 (c) as the Defendant, Union Pacific, owns, operates, and maintains equipment, rail yards, and mainline railroad tracks in East Baton Rouge Parish and its surrounding Parishes, resulting in Union Pacific possessing sufficient minimum contacts in the Middle District of Louisiana. Further, Union Pacific has its registered office and principal business establishment in Louisiana within the Middle District of Louisiana.

**3.**

Defendant, Union Pacific, is a domestic corporation which engages in interstate commerce as a common carrier by railroad. More particularly, Union Pacific owns and operates its equipment on Union Pacific railroad tracks in the State of Louisiana, including the Alexandria rail yard near Alexandria, Louisiana, where Plaintiff sustained his injuries on or about July 11, 2016.

**4.**

This is an action arising under the provisions of the Federal Employer's Liability Act, 45 U.S.C. § 51 et seq., commonly referred to as the FELA, to recover damages for personal injuries sustained by the Plaintiff while employed as a conductor by his railroad employer, Defendant Union Pacific, having sustained said injuries in the line of duty and while engaged in Union Pacific's principal business of transporting freight in interstate commerce.

**5.**

Defendant, Union Pacific, is liable unto its employee, Plaintiff Joseph Bennett, for all of the damages he sustained, as well as all general and equitable relief, together with legal interest thereon from the date of judgment until paid, and for all costs of these proceedings for the following reasons:

**6.**

On or about July 11, 2016, Union Pacific conductor, Joseph Bennett, while carrying out his duties in the scope of his employment, sustained serious injuries to his body, including his back, neck and shoulder. Specifically, Plaintiff sustained these injuries when he was dismounting a Union Pacific rail car, when suddenly, the grab iron came loose and broke, causing Plaintiff to fall to the ground. These hazardous conditions were a known risk that Union Pacific negligently and/or

carelessly failed to mitigate and protect against in direct violation of its non-delegable duty to provide a safe place to work.

**7.**

The injuries sustained by Plaintiff on or about July 11, 2016 and the resulting damages came as a result, in whole or in part, of the negligence of Defendant Union Pacific, its officers, employees and agents, and in violation of the FELA, 45 U.S.C. § 51 et seq., to wit, Defendant Union Pacific was negligent in that it:

A. Failed to adhere to its non-delegable duty to provide Plaintiff with a reasonably safe place in which to work as required by law;

B. Failed to provide safe working conditions and proper equipment;

C. Failed to identify and warn Plaintiff of hazards and unsafe workplace conditions of which it knew, or in the exercise of reasonable care, should have known;

D. Failing to properly repair, inspect, maintain and/or replace its equipment;

E. Failing to maintain sufficient and non-defective equipment; and

F. Other acts of negligence to be fully enumerated at the trial of this matter.

**8.**

As a result, in whole or in part, of the foregoing negligence of Defendant, Union Pacific, and its agents in violation of the FELA, an accident was caused to occur as set forth above, causing Plaintiff, Joseph Bennett, to sustain severe physical injuries to his body, including his back, neck and shoulder. Plaintiff, Joseph Bennett, has suffered in the past and will continue to suffer in the future pain and anguish, loss of enjoyment of life, as well as economic damages.

**9.**

Plaintiff incorporates each and every allegation above, and also brings claims of negligence per se and strict liability against Defendant.  Plaintiff further alleges that Defendant, under the Safety Appliance Act and Boiler Inspection Act, is to ensure locomotives, railcars, equipment and parts are in safe, working condition and free of defects.  Defendant failed to provide a reasonably safe railcar, and failed to ensure its railcars were not defective and equipped with all necessary, non-defective parts.

**10.**

Plaintiff seeks any and all damages to which he may be entitled, including:

A.  Physical pain and suffering, past and future;

B.  Mental anguish, past and future;

C.  Disfigurement, past and future;

D.  Loss of enjoyment of life;

E.  Lost wages, past and future;

F.  Physical impairment, past and future; and

G.  Reasonable expenses of necessary medical care, past and future.

**11.**

Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known to him.

**12.**

Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Joseph Bennett, prays that Defendant, Union Pacific, be duly served with a copy of this Complaint and be summoned to appear and answer the same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Joseph Bennett, and against the Defendant, Union Pacific, for all sums reasonable in the premises, together with legal interest thereon from the date of judgment, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

S/ JOHN G. MUNOZ
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
Telephone:  (504) 581-7070
Facsimile:   (504) 581-7083

JOHN G. MUNOZ - #9830


PLEASE SERVE:

UNION PACIFIC RAILROAD COMPANY
through their registered agent:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816